UNITED STATES DISTRICT COURT

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
3:04 pm, Jan 26, 2018
JEFFREY P. COLWELL, CLERK

ANDRE J PARE, Ect

PLAINTIFF

18-cv-00208

V.

DENVER SHERIFFS DEPARTMENT,
DENVER CITY JAIL, DEPUTY JOHN DOE #1 & #2,
DENVER HEALTH MEDICAL CENTER, ET. AL,

DEFENDANTS

I ANDRE J PARE. Come to you individually, indigent and Pro Se until an attorney can be appointed by the court or an attorney can be found to take this case Pro Bono. I am currently housed at Denver city jail. I humbly submit the following complaint.

1. This is an action brought to you individually and as a class action pursuant to the eighth amendment. for violations of certain county health codes, state due process and federal safety laws in the city and county of Denver Colorado, known as the Denver City Jail.

2. The grievance procedure is completely unprofessional and biased when certain matters are filed the grievances are "misplaced" or totally gone in general. The time frame which grievances are answered is not the same as articulated in the inmate handbook unless the grievance is deemed "unfounded". Those are right on time in accordance with the inmate hand book.

3. The practices of sanitation are grossly negligent. There are several incidences for which I have physical evidence documented which I will bring forth if allowed to proceed by the court. Example #1. Drinking pitchers stored in a sealed lock box 3X3 with bloody razors unsanitary nail and hair clippers. Then used to serve juice drink to inmates in 23 hr lockdown by the deputy in question we will call John Doe # 1. Example #2. Meals are placed in warped old CAMBRO trays then strapped down by a dirty fabric ratchet strap similar to ones used to secure truck loads. Then sit out in the hallways and throughways for sometimes hours with constant foot traffic walking by inmates going to and from medical, court ect.ect. Example # 3 Showers flood into bunk area. There are no "caution wet floor" signs used until after some one slips and gets hurt.

4. There are 3 toilets for 64 inmates also 3 phones 1 broken for over 1 month. No regularity in sanitary practices while inmates and officers serve food. Hairnets, aprons, gloves and food-handlers permits. Which cause psychological anxiety and promote aggressive behaviors in an already hostile and unsure environment.

5. Medical treatment is not the same quality of treatment one receives "outside of jail" most of us are pre-trial inmates are we not innocent until proven guilty.

6. I have been a victim of a "USE OF FORCE" and have suffered debilitating bodily injuries simply for warning deputies that I was feeling the auras of a seizure coming on. And I need help.

Respectfully Submitted

ANDRe Pate

*[signature]* 1/25/18