JANUARY, 31 2018

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**FEB 05 2018**

JEFFREY P. COLWELL
CLERK

Federal District Court
CLERK OF COURT
901 19th st
Denver, CO 80294

Re: Dismissing <u>Without</u> Prejudice case # 1:2018 cv 00208

I Andre J Pare humbly come to the court to advise of my voluntary dismissal of this action without prejudice so I can find an attorney and re-file the action.

RESPECTFULLY SUBMITTED: *Andre Pare*
Andre J Pare #875855
P.O. Box 1108

Andre Pate 875855
Denver Sheriff Department
P.O. Box 1108
Denver, CO 80201

901 19th Street
co; Clerk of court
Denver CO 80294

Legal Mail

# UNITED STATES DISTRICT COURT

**PLAINTIFF**

# ANDRE J PARE

## V.

**DEFENDANTS**

# DENVER SHERIFFS DEPARTMENT, DENVER CITY JAIL DEPUTY JOHN DOE #1 & #2, DENVER HEALTH MEDICAL CENTER, NURSE JANE DOE # 1 & #2, ET. AL

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO
FEB 05 2018
JEFFREY P. COLWELL
CLERK

RE: I Andre J Pare Voluntarily DISMISS Case # 1:2018CV00208 without Prejudice so I can Find an Attorney and Refile

Respectfully Submitted

Andre Pare

Andre Pate 0000 375 955
**Denver Sheriff Department**
P.O. Box 1108
Denver, CO 80201

U.S. POSTAGE >> PITNEY BOWES
$ 000.47⁰
ZIP 80204
02 4W
0000345735 FEB. 01 2018

DENVER
CO 802
01 FEB 18
PM 4 L

United States Federal Courthouse - care of
court clerk
901 19th St
Denver CO 80294

**Legal Mail**